O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

Case No.    ED CV 08-01096-SGL(Ex)                                                    Date:  January 6, 2009

Title:    CLARA FERNANDEZ, ET AL. -v- UNITED STATES OF AMERICA, UNITED
         STATES PENITENTIARY VICTORVILLE, ET AL
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                                          None Present
           Courtroom Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None                                         None

PROCEEDINGS:   (IN CHAMBERS)
               CASE MANAGEMENT NOTICE SETTING DEADLINE FOR RESPONSE TO
               ORDER TO SHOW CAUSE

       The action herein was filed on **August 12, 2008**.  Since that date, based upon the review of the docket in this action, the Court is unaware of any action having been undertaken in this matter. Moreover, no answer has been filed or other responsive pleading, and the plaintiff has not filed its written proof of service(s) in this matter.

       The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than January 13, 2009, why this action should not be dismissed for lack of prosecution.

       Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint.  Fed.R.Civ.P.4(m).  The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

       It is plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1 and L.R. 52-9.

       No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

       IT IS SO ORDERED.